1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | )  CASE NO. 08MJ1700 |
|---|---|
| Plaintiff, | ) |
| v. | )  **NOTICE OF APPEARANCE** |
| JOSE PALOMARES-BARAJAS, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                              Respectfully submitted,

Dated: June 4, 2008           */s/ Victor N. Pippins*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: June 4, 2008      /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org email